## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| WILLIAM GORDON WERME, | Case No. 16-30321 |
| Debtor. | Honorable Janet S. Baer |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of William Gordon Werme, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on September 21, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL  60601
(312) 876-7100
(312) 876-0288 Facsimile
barry.chatz@saul.com

Label Matrix for local noticing
0752-1
Case 16-30321
Northern District of Illinois
Chicago
Tue Sep  5 17:14:45 CDT 2017

AMEX Card
PO Box 981535
El Paso, TX 79998-1535

BP SYNCB
Synchrony Bank/attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Chase Line-of-Credit
PO Box 6026
MAILCODE IL 1-0054
Chicago, IL 60680-6026

Ira Schulman
c/o Neal, Gerber & Eisenberg LLP
Attn Tom Wolford
Two N. LaSalle Street Suite 1700
Chicago, IL 60602-4000

Synchrony Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Ira Schulman
c/o Neal, Gerber & Eisenberg LLP
Two N. LaSalle St.
Suite 1700
Chicago, IL 60602-4000

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603-4101

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

Allegan County Register of Deeds
113 Chestnut Street
Allegan, MI 49010-1332

Chase Business Card
PO Box 15298
Wilmington, DE 19850-5298

Ira Schulman
900 N. Michigan, #1900
Chicago, IL 60611-6536

Lesa Werme
671 Spear St.
Saugatuck, MI 49453-9689

Werdrick Properties City, LLC
PO Box 684
Park Ridge, IL 60068-0684

Lois West
105 West Adams Street
Suite 3200
Chicago, IL 60603-6209

William Gordon Werme
2217 W. Argyle, #2
Chicago, IL 60625-1806

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Ira Schulman
919 Elm Place
Glencoe, IL 60022-1414

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM GORDON WERME | § | Case No. 16-30321 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, October 17, 2017 in Courtroom 615, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2017                    By: /s/ Barry A. Chatz, Trustee
                                                                Trustee


*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL  60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
WILLIAM GORDON WERME § Case No. 16-30321
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 87,500.00 |
| and approved disbursements of | $ | 9,687.07 |
| leaving a balance on hand of[1] | $ | 77,812.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3A | Ira Schulman | $ 3,835.00 | $ 3,835.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 77,812.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 7,625.00 | $ 0.00 | $ 7,625.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 102.37 | $ 0.00 | $ 102.37 |
| Attorney for Trustee Fees: COHEN & KROL | $ 4,999.50 | $ 0.00 | $ 4,999.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 230.83 | $ 0.00 | $ 230.83 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,173.00 | $ 0.00 | $ 1,173.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 16-30321    Doc 35    Filed 09/21/17    Entered 09/21/17 12:01:56    Desc Main
Document      Page 5 of 6

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,130.70 |
| Remaining Balance | $ | 63,682.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,343.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Amreican Express Centurion Bank | $ 4,711.37 | $ 0.00 | $ 2,093.09 |
| 2 | Synchrony Bank | $ 12,808.29 | $ 0.00 | $ 5,690.24 |
| 3B | Ira Schulman | $ 125,824.00 | $ 0.00 | $ 55,898.90 |
| | Total to be paid to timely general unsecured creditors | | $ | 63,682.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                Trustee

BARRY A. CHATZ
161 NORTH CLARK STREET
SUITE 4200
CHICAGO, IL  60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.