UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
                                        §
WILLIAM GORDON WERME                    §    Case No. 16-30321
                                        §
                                        §
         Debtor                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 300.00 *(Without deducting any secured claims)* | Assets Exempt: 3,910.00 |
| Total Distributions to Claimants: 63,682.23 | Claims Discharged Without Payment: 344,260.43 |
| Total Expenses of Administration: 23,817.77 | |

3) Total gross receipts of $ 87,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 87,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 94,750.00 | $ 3,835.00 | $ 3,835.00 | $ 3,835.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,817.77 | 16,192.77 | 23,817.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 165,014.00 | 143,343.66 | 143,343.66 | 59,847.23 |
| **TOTAL DISBURSEMENTS** | $ 260,764.00 | $ 170,996.43 | $ 163,371.43 | $ 87,500.00 |

4)  This case was originally filed under chapter 7 on 09/23/2016. The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/06/2017          By:/s/BARRY A. CHATZ, TRUSTEE
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 979 Singapore Dr. Saugatuck Mi 49453-0000 Allegan | 1110-000 | 87,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 87,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allegan County Register of Deeds, 113 Chestnut Street Allegan, MI 49010-1360 | | 1,750.00 | NA | NA | 0.00 |
| | Ira Schulman, 900 N. Michigan, #1900 Chicago, IL 60611 | | 93,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | Ira Schulman | 4110-000 | NA | 3,835.00 | 3,835.00 | 3,835.00 |
| TOTAL SECURED CLAIMS | | | $ 94,750.00 | $ 3,835.00 | $ 3,835.00 | $ 3,835.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 7,625.00 | 0.00 | 7,625.00 |
| BARRY A. CHATZ | 2200-000 | NA | 102.37 | 102.37 | 102.37 |
| International Sureties, Ltd. | 2300-000 | NA | 30.27 | 30.27 | 30.27 |
| CHICAGO TITLE OF MICHIGAN, INC. | 2500-000 | NA | 941.85 | 941.85 | 941.85 |
| Union Bank | 2600-000 | NA | 596.18 | 596.18 | 596.18 |
| CHICAGO TITLE OF MICHIGAN, INC. | 2820-000 | NA | 2,853.77 | 2,853.77 | 2,853.77 |
| CHICAGO TITLE OF MICHIGAN, INC. | 3210-000 | NA | 595.00 | 595.00 | 595.00 |
| COHEN & KROL | 3210-000 | NA | 4,999.50 | 4,999.50 | 4,999.50 |
| COHEN & KROL | 3220-000 | NA | 230.83 | 230.83 | 230.83 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,173.00 | 1,173.00 | 1,173.00 |
| CHICAGO TITLE OF MICHIGAN, INC. | 3510-000 | NA | 4,670.00 | 4,670.00 | 4,670.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,817.77 | $ 16,192.77 | $ 23,817.77 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Lesa Werme, 671 Spear St. Saugatuck, MI 49453 | | 1,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX Card, PO Box 981535 El Paso, TX 79998-1535 | | 4,615.00 | NA | NA | 0.00 |
| | BP SYNCB, Synchrony Bank/attn: Bankruptcy PO Box 965060 Orlando, FL 32896 | | 12,609.00 | NA | NA | 0.00 |
| | Chase Business Card, PO Box 15298 Wilmington, DE 19850 | | 22,335.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850 | | 9,535.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850 | | 19,103.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850 | | 10,134.00 | NA | NA | 0.00 |
| | Chase Line-of-Credit, PO Box 6026 MAILCODE IL 1-0054 Chicago, IL 60680 | | 49,848.00 | NA | NA | 0.00 |
| | Ira Schulman, 900 N. Michigan, #1900 Chicago, IL 60611 | | 3,835.00 | NA | NA | 0.00 |
| | Ira Schulman, 919 Elm Place Glencoe, IL 60022 | | 33,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Amreican Express Centurion Bank | 7100-000 | NA | 4,711.37 | 4,711.37 | 1,967.04 |
| 3B | Ira Schulman | 7100-000 | NA | 125,824.00 | 125,824.00 | 52,532.62 |
| 2 | Synchrony Bank | 7100-000 | NA | 12,808.29 | 12,808.29 | 5,347.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 165,014.00 | $ 143,343.66 | $ 143,343.66 | $ 59,847.23 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-30321 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | WILLIAM GORDON WERME | | | | Date Filed (f) or Converted (c): | 09/23/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/19/2016 |
| For Period Ending: | 11/06/2017 | | | | Claims Bar Date: | 01/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 979 Singapore Dr. Saugatuck Mi 49453-0000 Allegan | 102,000.00 | 78,439.38 | | 87,500.00 | FA |
| 2. Beds, Desks | 300.00 | 0.00 | | 0.00 | FA |
| 3. Television | 200.00 | 0.00 | | 0.00 | FA |
| 4. Old Tin Toy Collection | 400.00 | 0.00 | | 0.00 | FA |
| 5. Schwinn Hi Sienna (30 Years Old) | 100.00 | 0.00 | | 0.00 | FA |
| 6. Every Day Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 7. Rolex Watch | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Wintrust Chicago Account No. Ending 0661 | 10.00 | 0.00 | | 0.00 | FA |
| 9. Bill Werme Photography, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 10. Desks, Shelves | 300.00 | 0.00 | | 0.00 | FA |
| 11. 3 Cameras & Laptop | 800.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $106,210.00 | $78,439.38 | | $87,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is property located at 979 Singapore Drive #6, Saugatuck, MI.

Initial Projected Date of Final Report (TFR): 01/31/2017    Current Projected Date of Final Report (TFR): 12/31/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-30321 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: WILLIAM GORDON WERME | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0854 |
| | Checking |
| Taxpayer ID No: XX-XXX4482 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/16 | | CHICAGO TITLE OF MICHIGAN, INC. 675 E. 16TH STREET SUITE 111 HOLLAND, MI 49423 | LIQUIDATION OF REAL PROPERTY | | $78,439.38 | | $78,439.38 |
| | | | Gross Receipts  $87,500.00 | | | | |
| | | | City/Town Taxes 11/18/16-1/1/17  $202.58 | 2820-000 | | | |
| | | | County Taxes 1/1/16 - 11/18/16  ($518.64) | 2820-000 | | | |
| | | | Closing Fee - Seller to Chicago Title of Michigan  ($245.00) | 2500-000 | | | |
| | | | Attorney Fee to Erickson Law Office Ltd.  ($595.00) | 3210-000 | | | |
| | | | Owner's Title Insurance to West Coast Title Agency  ($666.85) | 2500-000 | | | |
| | | | Broker Admin Fee to Century 21 Affiliated  ($295.00) | 3510-000 | | | |
| | | | Listing Agent Commission to Century 21 Affiliated  ($2,187.50) | 3510-000 | | | |
| | | | Selling Agent Commission to Re/max Saugatuck-Douglas  ($2,187.50) | 3510-000 | | | |
| | | | Recording Fees to Allegan County Register of Deeds  ($30.00) | 2500-000 | | | |
| | | | Transfer Taxes to Allegan County Register of Deeds  ($752.50) | 2820-000 | | | |
| | | | 2016 Summer Taxes Owing to City of Saugatuck  ($1,785.21) | 2820-000 | | | |
| | 1 | | 979 Singapore Dr. Saugatuck Mi 49453-0000 Allegan  $87,500.00 | 1110-000 | | | |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.00 | $78,409.38 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.26 | $78,293.12 |
| | | | Page Subtotals: | | $78,439.38 | $146.26 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30321 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: WILLIAM GORDON WERME | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0854 |
| | Checking |
| Taxpayer ID No: XX-XXX4482 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 400001 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $30.27 | $78,262.85 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.50 | $78,146.35 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $105.08 | $78,041.27 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.12 | $77,925.15 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.22 | $77,812.93 |
| 10/16/17 | 400002 | Ira Schulman<br>c/o Neal, Gerber & Eisenberg LLP<br>Attn: Tom Wolford<br>Two N LaSalle Street, Suite 1700<br>Chicago, IL 60602 | Distribution | | | $56,367.62 | $21,445.31 |
| | | Ira Schulman | Final distribution to claim 3 representing a payment of 100.00 % per court order.   ($3,835.00) | 4110-000 | | | |
| | | Ira Schulman | Final distribution to claim 3 representing a payment of 41.75 % per court order.   ($52,532.62) | 7100-000 | | | |
| 10/16/17 | 400003 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Distribution | | | $7,727.37 | $13,717.94 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.   ($7,625.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.   ($102.37) | 2200-000 | | | |

Page Subtotals: $0.00   $64,575.18

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-30321 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|
| Case Name: | WILLIAM GORDON WERME | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0854 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4482 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/17 | 400004 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Distribution | | | $5,230.33 | $8,487.61 |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | ($4,999.50) | 3210-000 | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | ($230.83) | 3220-000 | | |
| 10/16/17 | 400005 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 | | $1,173.00 | $7,314.61 |
| 10/16/17 | 400006 | Amreican Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 1 representing a payment of 41.75 % per court order. | | 7100-000 | | $1,967.04 | $5,347.57 |
| 10/16/17 | 400007 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Final distribution to claim 2 representing a payment of 41.75 % per court order. | | 7100-000 | | $5,347.57 | $0.00 |
| 10/19/17 | 400002 | Ira Schulman<br>c/o Neal, Gerber & Eisenberg LLP<br>Attn: Tom Wolford<br>Two N LaSalle Street, Suite 1700<br>Chicago, IL 60602 | Distribution Reversal<br>Void and re-issue check #400002 for correct date - See check #400008 | | | ($56,367.62) | $56,367.62 |
| | | Ira Schulman | Final distribution to claim 3 representing a payment of 100.00 % per court order. | $3,835.00 | 4110-000 | | |
| | | Ira Schulman | Final distribution to claim 3 representing a payment of 41.75 % per court order. | $52,532.62 | 7100-000 | | |
| 10/19/17 | 400003 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Distribution Reversal<br>Void and re-issue check #400003 for correct date | | | ($7,727.37) | $64,094.99 |

| | | | Page Subtotals: | | $0.00 | ($50,377.05) | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30321 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: WILLIAM GORDON WERME | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0854 |
| | Checking |
| Taxpayer ID No: XX-XXX4482 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | $7,625.00 | 2100-000 | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | $102.37 | 2200-000 | | |
| 10/19/17 | 400004 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Distribution Reversal<br>Void and re-issue check<br>#400004 for correct date | | | ($5,230.33) | $69,325.32 |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | $4,999.50 | 3210-000 | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | $230.83 | 3220-000 | | |
| 10/19/17 | 400005 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. Reversal<br>Void and re-issue check<br>#400005 for correct date | | 3410-000 | ($1,173.00) | $70,498.32 |
| 10/19/17 | 400006 | Amreican Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 1 representing a payment of 41.75 % per court order. Reversal<br>Void and re-issue check<br>#400006 for correct date | | 7100-000 | ($1,967.04) | $72,465.36 |
| 10/19/17 | 400007 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Final distribution to claim 2 representing a payment of 41.75 % per court order. Reversal<br>Void and re-issue check<br>#400007 for correct date | | 7100-000 | ($5,347.57) | $77,812.93 |
| 10/19/17 | 400008 | Ira Schulman<br>c/o Neal, Gerber & Eisenberg LLP<br>Attn: Tom Wolford<br>Two N LaSalle Street, Suite 1700<br>Chicago, IL 60602 | Replace reversed check #400002 | | | $56,367.62 | $21,445.31 |

| | | | Page Subtotals: | | $0.00 | $42,649.68 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30321 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: WILLIAM GORDON WERME | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0854 |
| | Checking |
| Taxpayer ID No: XX-XXX4482 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Schulman, Ira | ($3,835.00) | 4110-000 | | | |
| | | Schulman, Ira | ($52,532.62) | 7100-000 | | | |
| 10/19/17 | 400009 | CHAPTER 7 TRUSTEE BARRY A. CHATZ<br>161 NORTH CLARK STREET<br>SUITE 4200<br>CHICAGO, IL  60601 | Replace reversed check #400003 | | | $7,727.37 | $13,717.94 |
| | | CHATZ, BARRY A. | ($7,625.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($102.37) | 2200-000 | | | |
| 10/19/17 | 400010 | COHEN & KROL<br>COHEN & KROL<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Replace reversed check #400004 | | | $5,230.33 | $8,487.61 |
| | | COHEN & KROL | ($4,999.50) | 3210-000 | | | |
| | | COHEN & KROL | ($230.83) | 3220-000 | | | |
| 10/19/17 | 400011 | KUTCHINS ROBBINS & DIAMOND, LTD.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Replace reversed check #400005 | 3410-000 | | $1,173.00 | $7,314.61 |
| 10/19/17 | 400012 | American Express Centurion Bank<br>Becket And Lee LLP<br>Attorneys/Agent For Creditor<br>PO Box 3001<br>Malvern, Pa 19355-0701 | Replace reversed check #400006 | 7100-000 | | $1,967.04 | $5,347.57 |
| 10/19/17 | 400013 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT. LLC<br>PO Box 41021<br>NORFOLK, VA  23541 | Replace reversed check #4000007 | 7100-000 | | $5,347.57 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $78,439.38 | $78,439.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $21,445.31 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

|  | | |
|---|---:|---:|
| Subtotal | $78,439.38 | $78,439.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $78,439.38 | $78,439.38 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0854 - Checking | $78,439.38 | $78,439.38 | $0.00 |
|  | $78,439.38 | $78,439.38 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $9,060.62 |
| Total Net Deposits: | $78,439.38 |
| Total Gross Receipts: | $87,500.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*